UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SWIRE PACIFIC OFFSHORE (DUBAI) LLC,

          Plaintiff,

- against -

DOLPHIN OFFSHORE ENTERPRISES
(INDIA) LIMITED,

          Defendant.
----------------------------------------------------------------X

07 Civ. 9449

ECF CASE

JUDGE KAPLAN

RECEIVED OCT 23 2007 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: October 23, 2007
      Southport, CT

          The Plaintiff,
          SWIRE PACIFIC OFFSHORE (DUBAI) LLC,

          By: _____
          Nancy R. Peterson
          Patrick F. Lennon
          LENNON, MURPHY & LENNON, LLC
          The Gray Bar Building
          420 Lexington Ave., Suite 300
          New York, NY 10170
          (212) 490-6050
          facsimile (212) 490-6070
          nrp@lenmur.com
          pfl@lenmur.com