UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Swire Pacific Offshore (Dubai) LLC,**

                Plaintiff(s)
    V.

07-cv-09449 (LAK)

**Dolphin Offshore Enterprises (India) Limited,**
                Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

A pretrial conference having been held on January 11, 2008, it is hereby,

ORDERED that the Clerk of Court shall place this case on my suspense docket pending further order of the Court.

Dated: January 11, 2008

                                                  Lewis A. Kaplan
                                           United States District Court