UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SWIRE PACIFIC OFFSHORE (DUBAI) LLC,

              Plaintiff,

- against -

DOLPHIN OFFSHORE ENTERPRISES
(INDIA) LIMITED,

              Defendant.
------------------------------------------------------------X

07 Civ. 9449 (LAK)

ECF CASE

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, ABN-AMRO, is directed to immediately release Defendant's funds which it restrained pursuant to the Ex-Parte Order issued in the instant action in the approximate amount of $339,227.14 to the Defendant's account (using the Defendant's account information as specified in the wire remittance details of the payment attached).

Dated: March 7, 2008
       Southport, CT

                                      The Plaintiff,
                                      SWIRE PACIFIC OFFSHORE (DUBAI) LLC

                                      By: _____
                                      Nancy R. Peterson (NP 2871)
                                      LENNON, MURPHY & LENNON, LLC
                                      420 Lexington Ave., Suite 300
                                      New York, NY 10170
                                      Phone (212) 490-6050
                                      Fax (212) 490-6070
                                      nrp@lenmur.com